MARIS BALTINS
LAW OFFICES OF MARIS BALTINS, P.S.
7 S. Howard, Suite 220
Spokane, WA 99201
Telephone: (509) 444-3336
Attorneys for Plaintiff
E-mail: mbaltins@baltinslaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES C. SUNG, MD, a married man, <br><br> Plaintiff, <br><br> vs. <br><br> MISSION VALLEY RENEWABLE ENERGY, LLC, a Delaware limited liability company doing business in the State of Washington; FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Bank of Whitman; WILLIAM McKAY and CYNTHIA McKAY, individually and the marital community, <br><br> Defendants. | No. 11-CV-5163-RMP <br><br> DECLARATION OF MARIS BALTINS |

The undersigned, Maris Baltins, hereby declares under penalties of perjury of the laws of the United States that:

DECLARATION OF
MARIS BALTINS - 1

LAW OFFICES OF
MARIS BALTINS, P.S.
Attorneys at Law
7 South Howard, Suite 220
Spokane, WA 99201
Phone: 509-444-3336 • Fax: 509-444-3335

1. I am the attorney for Charles C. Sung, MD, the plaintiff in the above-captioned matter. I make this Declaration on personal knowledge and am competent to testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of the District Court Miscellaneous Fee Schedule effective May 1, 2013 promulgated by the Judicial Conference of the United States. The Fee Schedule was obtained from the United States Courts website (http://www.uscourts.gov/Home.aspx).

3. Attached hereto as Exhibit "B" is a true and correct reproduction of the spreadsheet submitted by defendants William and Cynthia McKay itemizing their copy and duplication costs (ECF No. 207 at 11-14). The spreadsheet has been modified by including an index column to facilitate identification of the various entries.

4. On October 5, 2012, McKay, though his counsel, took the deposition of Dr. Sung's expert, Professor Jennifer J. Johnson. The fee charged by Professor Johnson to prepare for and attend her deposition totaled $5,666.20. The invoice was sent to Mr. Davis. To date, McKay has refused to pay the invoice. Attached hereto as Exhibit "C" is a true and correct copy of The Bates Group invoice no. 13393 itemizing the fees charged by Professor Johnson in connection with her deposition.

//

DECLARATION OF
MARIS BALTINS - 2

LAW OFFICES OF
MARIS BALTINS, P.S.
Attorneys at Law
7 South Howard, Suite 220
Spokane, WA 99201
Phone: 509-444-3336 • Fax: 509-444-3335

1   DATED this 24th day of September, 2013.

                                s/ Maris Baltins
                                MARIS BALTINS

DECLARATION OF
MARIS BALTINS - 3

LAW OFFICES OF
MARIS BALTINS, P.S.
Attorneys at Law
7 South Howard, Suite 220
Spokane, WA  99201
Phone: 509-444-3336  •  Fax: 509-444-3335

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send Notification of such filing to the following parties:

Mark K. Davis
Colin J. Troy
Badgley Mullins Turner PLLC
701 5th Avenue, Suite 4750
Seattle, WA 98104

Kevin J. Curtis
David P. Gardner
Winston & Cashatt, P.S.
601 W. Riverside, Suite 1900
Spokane, WA 99201

DATED this 24th day of September, 2013.

          s/ Seth Thompson
          Seth Thompson

DECLARATION OF
MARIS BALTINS - 4

LAW OFFICES OF
MARIS BALTINS, P.S.
Attorneys at Law
7 South Howard, Suite 220
Spokane, WA  99201
Phone: 509-444-3336  •  Fax: 509-444-3335